Seneca Falls Mill Company, Appellant, v. Michael Rubino, Respondent. —

Order reversed, with ten dollars costs and disbursements, and motion denied. All concurred.

